UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHINO AVIATION CJ510 LLC AND SB 501 LLC, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00615 |
| v. | § § § | |
| WHITMORE HOLDINGS LLC AND DUPAGE AEROSPACE CORPORATION, | § § § § | Jury Demanded |
| Defendants. | § | |

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Court's Order of Dismissal (ECF Doc. 20) is VACATED.

IT IS FURTHER ORDERED that Defendants are granted leave of Court to file their response to Plaintiffs' Motion to Dismiss (ECF Doc. 17). The Clerk of Court is hereby directed to file Defendants' Brief in Response to the Motion to Dismiss into the record of this case.

Signed in Houston, Texas this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE