## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RHINO AVIATION CJ510 LLC AND SB 501 LLC, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:24-cv-00615 |
| v. | § § § | |
| WHITMORE HOLDINGS LLC AND DUPAGE AEROSPACE CORPORATION, | § § § § | Jury Demanded |
| Defendants. | § | |

### **ORDER**

Considering the foregoing Motion to Dismiss (ECF Doc. 17),

IT IS ORDERED that the Motion is DENIED.

Signed in Houston, Texas this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE